FREEMAN v. FINNEY

No. 23P84.

Case below: 65 N.C. App. 526.

Petition by defendants for discretionary review under G.S. 7A-31 denied 30 April 1984.

GEITNER v. TOWNSEND

No. 136P84.

Case below: 67 N.C. App. 159.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 30 April 1984.

IN RE ASSESSMENT OF ADDITIONAL TAXES AGAINST VILLAGE PUBLISHING CORP.

No. 127PA84.

Case below: 66 N.C. App. 423.

Petition by petitioner for discretionary review under G.S. 7A-31 allowed 30 April 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question denied 30 April 1984.

IN RE DURHAM ANNEXATION ORDINANCE

No. 148P84.

Case below: 66 N.C. App. 472.

Petition by several petitioners for discretionary review under G.S. 7A-31 denied 30 April 1984.

IN RE NORRIS

No. 109P84.

Case below: 65 N.C. App. 269.

Petition by respondent for writ of certiorari to North Carolina Court of Appeals denied 30 April 1984.